**97–2006. Harsco Corp. v. Tracy.**

Board of Tax Appeals, No. 95–P–595. On request for argument before full court. Request granted.

**97–2039. E. Canton Edn. Assn. v. McIntosh.**

Stark App. No. 96CA0293. On motion for leave to supplement the record. Motion granted.

PFEIFER, J., would grant the motion effective when the court of appeals is finished using the record.

**97–2211. Tongren v. Pub. Util. Comm.**

Public Utilities Commission, No. 95–656–GA–AIR. On motion for leave to intervene of Cincinnati Gas and Electric Company. Motion granted.

MOYER, C.J., not participating.

**97–2411. State v. Evans.**

Hamilton App. No. C–950811. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**97–2492. State v. Snell.**

Seneca App. No. 13–97–20. On motion for appointment of counsel. Motion granted; cause remanded to the court of appeals to appoint Kent David Nord.

PFEIFER and COOK, JJ., dissent.

**97–2571. Am. Mun. Power–Ohio, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 97–383–EL–AEC. On motion for leave to intervene of Elkem Metals Company, L.P., and motion for leave to intervene of Monongahela Power Company. Motions granted.

MOYER, C.J., not participating.

**98–2. State v. Rance.**

Lucas App. No. L–96–277. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue found at page 7 of the court of appeals' Decision and Judgment Entry decided December 5, 1997:

" * * * Finding our decision to be in conflict with decisions of the First, Third and Tenth District Courts of Appeals, we hereby certify the record of this matter to the Supreme Court of Ohio to determine whether the Double Jeopardy Clause[s] of the United States and Ohio Constitutions and R.C. 2941.25 prevent a court from imposing sentences for violations of both the involuntary manslaughter and aggravated robbery statutes."

The conflict cases are *State v. Thomas* (Dec. 31, 1990), Logan App. No. 8–88–20, unreported, 1990 WL 262265; *State v. Watson* (Sept. 28, 1988), Hamilton App. No. C–870554, unreported, 1988 WL 101214; and *State v. Crabtree* (Dec. 1, 1987), Franklin App. No. 87AP–321, unreported, 1987 WL 26313.

**98–28. AT & T Communications of Ohio, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 96–336–TP–CSS. On motion for leave to intervene of Ameritech Ohio. Motion granted.

RESNICK, J., not participating.

**98–68. State ex rel. Nix v. Cleveland.**

In Mandamus. On answer of respondents and *sua sponte* consideration of submission for mediation. *Sua sponte,* alternative writ granted.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., would submit this cause to the court's pilot mediation program.

**98–91. State v. Elson.**

Stark App. No. 1996CA00142. On motion for leave to file delayed appeal. Motion denied.

**98–284. State v. Telthorster.**

Licking App. No. 97CA87. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.